IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS SMITH**                                                                                           **PLAINTIFF**

V.                                                    **4:09-CV-00194-WRW**

**PULASKI COUNTY JAIL**                                                                                **DEFENDANT**

## ORDER

Pending are Defendant's Motion to Dismiss (Doc. No. 11) and Plaintiff's Motion to Amend Complaint (Doc. No. 16).

For good cause shown, Plaintiff's Motion to Amend Complaint is GRANTED and the Motion to Dismiss is DENIED without prejudice. Plaintiff is directed to file the Amended Complaint, attached to the Motion as Exhibit 1, by 5 p.m., Friday, May 8, 2009.

IT IS SO ORDERED this 1st day of May, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE