# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DENNIS SMITH**                                                                                                        **PLAINTIFF**

**v.**                                          **4:09-CV-00194-WRW**

**PULASKI COUNTY JAIL**, *et al*.                                                              **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 26) in which the parties ask the Court to dismiss this case with prejudice because the parties have reached a settlement. The parties also ask that the Court retain jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action upon good cause shown that the settlement has not been completed and further litigation is necessary. The parties' Motion is GRANTED. This case is DISMISSED with prejudice. The Court retains jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action upon good cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of August, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE